JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Krissy Sanchez, | ) | SACV 08-00062-JVS(VBKx) |
| | ) | |
| Plaintiff, | ) | ORDER OF DISMISSAL FOR |
| | ) | |
| v. | ) | LACK OF PROSECUTION |
| | ) | |
| Sergio Soberanes, M.D., etc., et al., | ) | |
| | ) | |
| Defendants. | ) | |

The Court having scheduled a Rule 26 Scheduling Conference in the above entitled action for May 11, 2009 at 10:30 a.m. and no appearance having been made at that hearing, no joint report having been filed and no service on defendants having been made, IT IS HEREBY ORDERED that this action is dismissed for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(a)(2).

DATED: June 23, 2009

_____
James V. Selna
United States District Judge